UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
IN THE WACO DIVISION

| | |
|---|---|
| **RYAN LAMBERT,** an individual, | * |
| | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | * Case No. 6:22-cv-00577 |
| | * |
| **HEAVEN SENT PIZZA LLC,** a limited liabilty company, | * |
| | * |
| | * |
| DEFENDANT. | * |

_____

### MOTION TO VACATE CLERK'S ENTRY OF DEFAULT
_____

Comes now RYAN LAMBERT, plaintiff, and hereby requests that the Clerks Entry of Default against the defendant, HEAVEN SENT PIZZA, LLC., be vacated. Counsel for Heaven Sent Pizza, LLC has reached out to Plaintiff's Counsel and advised that the manager served in this case was not an agent or representative of Heaven Sent Pizza, LLC.  Counsel for Defendant has agreed to accept service on behalf of her client and the two parties are working towards a timely resolution and are optimistic that one can be reached quickly.

Respectfully submitted,

By:/s/ *K. Michael Sturgill*

K. MICHAEL STURGILL
State Bar No. 24075588
MATTHEW SAPP
State Bar No. 24075016
**SAPP & STURGILL, PLLC**
18756 Stone Oak Pkwy, #200
San Antonio, TX  78258
Telephone:  (469) 381-6833
matt@sappsturgill.com
mike@sappsturgill.com

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been sent to the Service List via email on the 23rd of January, 2023.

*/s/ K. Michael Sturgill*

SERVICE LIST:

HEAVEN SENT PIZZA LLC
Myra K. Creighton
Fisher & Phillips LLP
1230 Peachtree Street NE | Suite 3300| Atlanta, GA 30309
mcreighton@fisherphillips.com
O: (404) 240-4285
C: (404) 725-5497